**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAN TROPEZ ASSOCIATES, LLC, and BIG ROCK ASSET MANAGEMENT, LLC<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al<br><br>　　　　Defendant(s). | Case #2:25-cv-00666-GMN-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　__Nathaniel Uhl__, Petitioner, respectfully represents to the Court:
　　　　(name of petitioner)

　　1.　That Petitioner is an attorney at law and a member of the law firm of

__Ice Miller, LLP__
(firm name)

with offices at __One American Sq., Suite 2900__,
　　　　　　　　　　　(street address)

__Indianapolis__, __Indiana__, __46282__,
　(city)　　　　　　　　　(state)　　　　　　　(zip code)

__(317)236-2383__, __nathaniel.uhl@icemiller.com__.
(area code + telephone number)　　(Email address)

　　2.　That Petitioner has been retained personally or as a member of the law firm by

__San Tropez Assoc. & Big Rock Asset Mgmt.__ to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __10-18-2004__, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __Indiana__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of Indiana | 10-18-2004 | 25139-49 |
| Northern District of Indiana | 10-18-2004 | 25139-49 |
| Eastern District of Kentucky | 02-22-2019 | 92969 |
| Western District of Kentucky | 01-18-2019 | 92969 |
| Kentucky State Court | 05-01-2009 | 92969 |
| U.S. Court of Appeals for the Seventh Circuit | 07-01-2016 | - |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Correct.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Indiana State Bar Association
> Kentucky State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Indiana_____ )
                              )
COUNTY OF _____Marion_____ )

_____Nathaniel Uhl_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14th__ day of __May__, __2025__.

_____
Notary Public or Clerk of Court

DONNA J JOHNSON
NOTARY PUBLIC
SEAL
HENDRICKS COUNTY, STATE OF INDIANA
MY COMMISSION EXPIRES JUNE 14, 2032
COMMISSION NUMBER NP0684079

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Andrea Champion_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Champion Lovelock Law, 6600 Amelia Earhart Ct., Ste. A_____,
(street address)

___Las Vegas___, ___Nevada___, ___89119___,
(city)            (state)         (zip code)

___(702)805-8450___, ___achampion@championlawvegas.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrea Champion_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

_____
(type, or print party name, title)

_____/s/_____
(party's signature)

Nathaniel M. Uhl
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Andrea M. Champion_____
Designated Resident Nevada Counsel's signature

13461                           achampion@championlawvegas.com
Bar number                      Email address

APPROVED:

Dated: this 14 day of May, 2025.

_____/s/_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins

*THIS IS TO CERTIFY THAT*

*NATHANIEL MARTIN UHL*
*4272 Woodland Streams Drive*
*Greenwood, Indiana 46143*

*Membership No. 92969*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 23rd day of January, 2025.*

**JOHN MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

NATHANIEL MARTIN UHL

is a member of the bar of the Supreme Court of Indiana since admission on  October 18, 2004  , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 22nd day of January, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court