Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Rebecca L. Crooker, Esq.
Nevada State Bar No. 15202
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
rcrooker@championlawvegas.com

Nathaniel Uhl, Esq.
(*admitted pro hac vice*)
Kayla J. Goodfellow, Esq.
(*admitted pro hac vice*)
**ICE MILLER, LLP**
One American Sq., Suite 2900
Indianapolis, Indiana 46282
Tel: (317) 236-2100
Nathaniel.uhl@icemiller.com
Kayla.goodfellow@icemiller.com

*Attorneys for Plaintiffs San Tropez Associates, LLC
And Big Rock Asset Management, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAN TROPEZ ASSOCIATES, LLC, and BIG ROCK ASSET MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, NATIONAL FIRE AND MARINE INSURANCE COMPANY, and STARSTONE SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:25 -cv-00666-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Parties to this action, Plaintiffs San Tropez Associates, LLC ("San Tropez") and Big Rock Asset Management, LLC ("Big Rock" and collectively with San Tropez, the "Plaintiffs"), by and through their respective counsel of record, Andrea M. Champion, Esq. and Rebecca L. Crooker, Esq. of the law firm of Champion Lovelock Law, and Nathaniel Uhl, Esq. and Kayla J. Goodfellow,

Esq. of the law firm of Ice Miller, LLP, Defendant Westchester Surplus Lines Insurance Company ("Westchester"), by and through its counsel of record, Jerome Doctors, Esq. of the law firm of Cozen O'Connor, and Defendants National Fire and Marine Insurance Company ("National Fire") and StarStone Specialty Insurance Company ("StarStone" and collectively with Westchester and National Fire, the "Defendants"), by and through their counsel of record, James P. C. Silvestri, Esq., of the law firm of Pyatt Silvestri, and Matthew L. Gonzalez, Esq. and Alexander W. Cogbill, Esq. of the law firm of Zelle LLP, have reached a settlement and hereby stipulate and agree to a dismissal of the Plaintiffs' Complaint, with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of December 2025.

/s/ *Rebecca L. Crooker, Esq.*
Andrea M. Champion, Esq.
Nevada State Bar No. 13461
Rebecca L. Crooker, Esq.
Nevada State Bar No.15202
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
rcrooker@championlawvegas.com

Nathaniel Uhl, Esq.
(*admitted pro hac vice*)
Kayla J. Goodfellow, Esq.
(*admitted pro hac vice*)
**ICE MILLER, LLP**
One American Sq., Suite 2900
Indianapolis, Indiana 46282
Tel: (317) 236-2100
Nathaniel.uhl@icemiller.com
Kayla.goodfellow@icemiller.com

*Attorneys for Plaintiffs San Tropez Associates, LLC and Big Rock Asset Management, LLC*

///

///

///

DATED this 11th day of December 2025.

*/s/ Alexander Cogbill, Esq.*
Matthew L. Gonzalez, Esq.
(*admitted pro hac vice*)
Alexander Cogbill, Esq.
(*admitted pro hac vice*)
**ZELLE LLP**
45 Broadway, Suite 920
New York, New York 10006
Tel: (646) 876-4410
Fax: (612) 336-9100
mgonzalez@zellelaw.com
acogbill@zellelaw.com

James Silvestri, Esq.
Nevada Bar No. 3603
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

*Attorney for Defendants National Fire and Marine Insurance Company and StarStone Specialty Insurance Company*

DATED this 11th day of December 2025.

**COZEN O'CONNOR**

/s/ *Jerome Doctors, Esq.*
Jerome Doctors, Esq.
Nevada State Bar No. 3935
1180 North Town Center Drive, Suite 260
Las Vegas, Nevada 89144
Tel: (702) 470-2330
Fax: (702) 470-2370
jdoctors@cozen.com

*Attorney for Defendant Westchester Surplus Lines Insurance Company*

## ORDER

**IT IS SO ORDERED** that the Stipulation and Order for Dismissal With Prejudice is **GRANTED**. The Clerk of Court is kindly directed to close the case.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 11, 2025

3